IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 1:13-CR-30132-MJR |
| | ) | |
| CHRISTOPHER P. HILL | ) | |
| | ) | |

## **STIPULATION OF FACTS**

In connection with the Defendant's plea of guilty, the parties agree to the following facts:

1. At all times relevant to the case, the Defendant, Christopher P. Hill, lived in a single-family home in Edwardsville, Illinois.

2. Beginning on or about November 26, 2011, and continuing until on or about January 16, 2013, the Defendant used a Dell Optiplex GX2 desktop computer connected to the internet and the peer-to-peer file sharing software application, eMule, knowingly to download thousands of child pornography images and videos.

3. The child pornography that the Defendant knowingly received

    a. constituted visual depictions of actual minors engaging in sexually explicit conduct;

    b. had been shipped and transported in and affecting interstate and foreign commerce via the internet; and

    c. was found saved on a Toshiba external hard drive in the possession of the Defendant.

4. The Defendant knew that one or more persons depicted in the child pornography he knowingly received was under the age of eighteen years.

**SO STIPULATED, THIS** 6 **DAY OF** November , **2013:**

STEPHEN R. WIGGINTON
United States Attorney

CHRISTOPHER P. HILL
Defendant

NATHAN D. STUMP
Assistant United States Attorney

CHRISTOPHER THRELKELD, Esq.
Attorney for Defendant