IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-CR-30132-MJR |
| | ) | |
| CHRISTOPHER P. HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO CHRISTOPHER P. HILL

Now comes the United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Nathan D. Stump, Assistant United States Attorney, and moves, pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, for the entry of a Preliminary Order of Forfeiture against the following property possessed by Defendant Christopher P. Hill:

**One Dell OptiPlex GX2 desktop computer, serial number 8P49J41;**

**One Toshiba external hard drive, serial number 40UNB0G.**

A proposed Order of Forfeiture is submitted herewith.

                                                      Respectfully submitted,

                                                      STEPHEN R. WIGGINTON
                                                    United States Attorney

                                                    */s/ Nathan D. Stump*
                                                    NATHAN D. STUMP
                                                    Assistant United States Attorney
                                                    Nine Executive Drive
                                                    Fairview Heights, Illinois 62208
                                                    (618) 628-3700
                                                    nathan.stump@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-CR-30132-MJR |
| ) | |
| CHRISTOPHER P. HILL, ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2014, I caused the foregoing MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE WITH RESPECT TO CHRISTOPHER P. HILL to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including Christopher P. Threlkeld, Esq., counsel for the defendant.

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700
nathan.stump@usdoj.gov